Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Stacey Kingston

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Stacey Kingston,** | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| **Credit One Bank, N.A.,** | |
| Defendant. | |

Stacey Kingston (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against Credit One Bank, N.A. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Arizona, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person who resides in Phoenix, Maricopa County, Arizona.

6. Defendant is a business entity with its principal place of business in Las Vegas, Nevada.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (602) 478-46XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 206-519-6609, 210-739-6460, 214-814-2001, 253-244-6151, 323-400-4220, 360-928-7144, 361-271-1850, 503-388-4999, 520-230-8405, and 541-647-6430.

11. Based on the timing and frequency of Defendant's calls, as well per as its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On our around November 15, 2014, Plaintiff spoke with Defendant's representative and requested that Defendant cease placing calls to her cellular phone.

13. Plaintiff revoked any consent, express, implied, or otherwise, to receive automated collection calls from Defendant.

14. Despite Plaintiff's request to cease, Defendant continued to place at least sixty-two (62) automated calls to Plaintiff without consent to do so.

# COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, Stacey Kingston, demands a jury trial in this cause of action.

           RESPECTFULLY SUBMITTED,

DATED:  February 10, 2015   KROHN & MOSS, LTD.


         By: /s/ Ryan Lee

          Ryan Lee
          Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, STACEY KINGSTON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, STACEY KINGSTON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/8/2015

*Stacey Kingston*
STACEY KINGSTON