# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STACEY KINGSTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 2:15-CV-00235-PHX-JWS<br><br>**ORDER TO<br>DISMISS WITH PREJUDICE** |

　　　Pursuant to the Stipulation to Dismiss With Prejudice, and for good cause appearing,

　　　IT IS HEREBY ORDERED that the above-captioned case is dismissed, with prejudice, in its entirety. Each side is to bear its own attorneys' fees and costs.

　　　DATED this 22nd day of April 2016.

　　　　　　　　　　　　　　　　　　　　/s/ John W. Sedwick
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1

51410231.1